■ In the Matter of MANUEL H., a Person Alleged to be a Juvenile Delinquent, Appellant. [919 NYS2d 337]—

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The record fails to support appellant's assertion that the victim exaggerated the extent of appellant's unlawful conduct. Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Román, JJ.